**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**CHARLES RUMA,**

    **Plaintiff,**

vs.

    Civil Action 2:09-cv-00121
    Judge Algenon L. Marbley
    Magistrate Judge E. A. Preston Deavers

**DAVID SHASHURA,** *et al.*,

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 3, 2011 Order, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, the Court **GRANTS** the Motion of Plaintiff Charles Ruma and Third-Party Defendant Joseph Sugar, Jr. For Default and/or Dismissal (Doc. # 62). The Court **DIRECTS** the Clerk to enter **DEFAULT** against Defendants, David and Diane Shashura, on Plaintiff Ruma's claims against them. Additionally, the Shashura Defendants' Third-Party Complaint against Third Party Defendant Joseph Sugar is **DISMISSED** for failure to prosecute.

Date: **January 3, 2011**        **James Bonini, Clerk**

                                                s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk