UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHARLES RUMA,**

    **Plaintiff,**

vs.

    Civil Action 2:09-cv-00121
    Judge Algenon L. Marbley
    Magistrate Judge E. A. Preston Deavers

**DAVID SHASHURA,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the February 7, 2011, Report and Recommendation of the Magistrate Judge (ECF No. 70). The Magistrate Judge recommended that the Court award Plaintiff $310,140.00 in compensatory damages; $66,905.28 in attorneys' fees and costs; and $50,000 in punitive damages.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 6, ECF No. 70). The time period for filing objections to the Report and Recommendation has expired. Defendants have not objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this matter was referred. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the

Report and Recommendation of the Magistrate Judge.  Accordingly, the Court **AWARDS** Plaintiff $310,140.00 in compensatory damages; an additional $66,905.28 in attorneys' fees and costs; and $50,000 in punitive damages. These damages total **$427,045.28**.

The Clerk is **DIRECTED** to send a copy of this Order to the Shashuras by email at wynnmere@aol.com.  The Clerk is **DIRECTED** to terminate this action from the Court's active cases list.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  March 21, 2011**