**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**CHARLES RUMA,**

    **Plaintiff,**

                                                                          Civil Action 2:09-cv-00121

vs.                                                         Judge Algenon L. Marbley

                                                               Magistrate Judge E. A. Preston Deavers

**DAVID SHASHURA,** *et al.*,

    **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 21, 2011 Order, the Court ADOPTS the Report and Recommendation. The Court AWARDS Plaintiff $310,140.00 in compensatory damages; an additional $66,905.28 in attorneys' fees and costs; and $50,000 in punitive damages. Totaling $427,045.28. This action is hereby DISMISSED.

Date: **March 21, 2011**                           **James Bonini, Clerk**

                                                                         s/Betty L. Clark

                                                                     Betty L. Clark/Deputy Clerk